## THOMAS P. HALLEY

Attorney at Law

80 Washington Street, Suite 309
Poughkeepsie, NY 12601
Tel: (845) 452-9120
Fax: (845) 452-9192
Service by Electronic means not accepted

June 7, 2005

RECEIVED

JUN 08 2005

CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

Hon. Stephen C. Robinson
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:    Chao v. United Federation of Security Officers
       04 Civ. 6724 (SCR)

Dear Judge Robinson:

This is to advise that the motion previously filed by the United Federation of Security
Officers, Inc. in the above matter is hereby withdrawn as moot.

I thank the Court for its attention to this matter.

Very truly yours,

THOMAS P. HALLEY

*The United Federation of Security Officers Motion Docket #6 is hereby terminated.*

cc:    Russell M. Yankwitt
       Assistant United States Attorney
       Southern District of New York
       86 Chambers Street 3rd Floor
       New York, NY 10007

       Ralph M. Purdy
       United Federation of Security Officers, Inc.
       540 North State Road
       P.O. Box 76
       Briarcliff Manor, NY 10510-0076

SO ORDERED

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
6/13/05

SDNY
...MENT
...TRONICALLY FILED
DOC #:
DATE FILED:

DOL v UFSO - 04CV6724.doc