DAVID N. KELLEY
United States Attorney for the
Southern District of New York
By: RUSSELL M. YANKWITT (RY-6487)
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

ELAINE L. CHAO, SECRETARY OF LABOR     :
UNITED STATES DEPARTMENT OF LABOR,     :
                                       :
                     Plaintiff,        :
                                       :     Civil Action
                                       :
          v.                           :
                                       :     No. 04 Civ. 6724 (SCR)
UNITED FEDERATION OF SECURITY          :
OFFICERS,                              :
                                       :
                     Defendant.        :

-----------------------------------------------------------------

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation and Order of Settlement entered January 10, 2005, in the United States District Court for the Southern District of New York, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

**IT IS HEREBY CERTIFIED** that the following named candidates are duly elected to the offices designated:

| | |
|---|---|
| Ralph Purdy | President |
| Nestor Gonzalez | Vice President |
| Robert Gordon | Secretary-Treasurer |
| Carmela Szymanski | Board of Directors |
| John Gregory | Board of Directors |
| William Johnson | Board of Directors |
| Harry Nopper | Board of Directors |
| Hector Fajardo | Board of Directors |
| Michael Filson | Board of Directors |

Signed this _12th_ day of ___July___, 2005.

_Patricia Fox_

Patricia M. Fox, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

As shown by the above Certification the mentioned candidates have been duly elected to the offices designated, therefore it is adjudged and declared that the candidates are elected to the Board of the United Federation of Security Officers.

SO ORDERED

_Stephen C. Robinson_
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
8/9/05